# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH AGNES WALKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No.: 1:15-cv-01597 DAD JLT <br><br> ORDER CLOSING THE CASE <br> (Doc. 34) |

On July 27, 2017, the plaintiffs, the United States of America and Janssen Pharmaceuticals Inc., fka Ortho-McNeil Pharmaceuticals Inc., jointly filed a request to dismiss the action. (Doc. 34) The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 20), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **July 31, 2017**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE